| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lawson, Jr., Roger H | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. Box 838<br><br>475 Mulberry Street<br><br>Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ ||

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.  #1/01/96 | Georgia Retirement System for Superior Court Judges |

RECEIVED 2005 MAY 19 P 12:31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Georgia Judicial Retirement System | 79535 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 20 4 | Teacher's Retirement System of Georgia |
| 2. | 2004 | First United Methodis: Church |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGE ASSOCIATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN WASHINGTON, D.C., MAY 15TH THRU 17TH |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Mgeorgia Bankshares Common Stock (Sunmark | A | Dividend | J | U | | | | | |
| 2. AMSouth Bancorporation Common Stock | B | Dividend | K | T | | | | | |
| 3. Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 4. Nuveen Flagship GA Tax Exempt Income Fund- Municip Bond A | D | Interest | | | Sell | 11/24 | M | | |
| 5. Peach State Reserves | | | | | | | | | |
| 6. --Fidelity OTC Portfolio | | None | | | Sell | 10/18 | J | | |
| 7. --MFS Research Fund - Class A | | None | | | Sell | 10/18 | K | | |
| 8. --Vanguard Institutional Index Fund | | None | | | Sell | 10/18 | J | | |
| 9. --Georgia Fixed Income Option | | None | K | T | Buy | 10/18 | K | | |
| 10. Salomon Smith Barney IRA | | | | | | | | | |
| 11. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 12. --Aggressive Growth Fund Class B | | None | J | T | | | | | |
| 13. --Fundamental Value Fund Class B | | None | J | T | | | | | |
| 14. --Capitalization Growth Fund Class B | | None | J | T | | | | | |
| 15. --Lincoln National Life Legacy III Plus | | None | K | T | | | | | |
| 16. Salomon Smith Barney IRA | | | | | | | | | |
| 17. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 18. --Aggressive Growth Fund Class B | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Fundamental Value Fund Class B | | None | J | T | | | | | |
| 20. --Capitalization Growth Fund Class B | | None | J | T | | | | | |
| 21. --Transamerica Life Ins Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 22. --Transamerica Life Ins Co. - Transamerica Landmark Annuity | | None | K | T | | | | | |
| 23. 170.00 acres ▓▓▓ ulaski County, GA | | None | M | T | | | | | |
| 24. Franklin GA Tax-Free Income Fund-Class A | D | Interest | | | Sell | 05/06 | J | | |
| 25. Evergreen Investment | A | Interest | K | T | | | | | |
| 26. Rental House, Watson St. Hawkinsville, Georgia | C | Rent | K | W | | | | | |
| 27. Land, Pulaski County, Georgia Und. Interest Subdivision | C | Sales | K | W | | | | | |
| 28. Rental House, McCormick Ave., Hawkinsville, GA, Und. Interes | C | Rent | K | W | | | | | |
| 29. Salomon Smith Barney | | | | | | | | | |
| 30. --Citibank NA | A | Interest | J | T | | | | | |
| 31. --Chesapeake Energy Corporation Common | | None | | | Sell | 03/02 | J | | |
| 32. --Fride Goldman Halter Common | | None | | | Sell | 01/23 | J | | |
| 33. --Edge Pete Corp Del | | None | | | Sell | 03/02 | J | | |
| 34. --Petroleum Development Corp Common | | Royalty | | | Sell | 03/02 | J | | |
| 35. ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | | |
| 36. --Ariba Inc. New | | None | J | T | Buy | 03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --Lucent Technologies, Inc. | | None | J | T | Buy | 03/15 | J | | |
| 38. Sunmark Community Bank- Accounts | A | Interest | J | T | | | | | |
| 39. Salomon Smith Barney | | | | | | | | | |
| 40. --Citibank NA | A | Interest | J | T | | | | | |
| 41. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 42. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 43. --Time Warner Inc | | None | | | Sell | 03/17 | J | | |
| 44. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 45. --CVS Corp Common | A | Dividend | | | Sell | 03/17 | J | A | |
| 46. -Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 47. --Capital World Growth & Income Fund Cl B | A | Dividend | J | T | Buy | 03/23 | J | | |
| 48. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 49. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 50. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 51. --General Electric co. Common | A | Dividend | J | T | | | | | |
| 52. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 53. --E I Dupont De Nemours & Co. Common | A | Dividend | J | T | | | | | |
| 54. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                P3 = $5,000,001-$50,000,000                           P4 = More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)    S = Assessment              T = Cash/Market
   (See Column C2)              U = Book Value             V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ▟▟▟▟▟▟▟▟▟▟▟▟ | | | | | | | | | |
| 56. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 57. --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 58. --Intl Business Machines Corp. Common | A | Dividend | | | Sell | 03/17 | J | A | |
| 59. --Krispy Kreme Doughnuts, Inc. | | None | J | T | Buy | 03/23 | J | | |
| 60. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 61. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 62. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 63. --Merck & Co. Inc. Common | A | Dividend | J | T | | | | | |
| 64. --Merrill Lynch & Co. Inc. Common | A | Dividend | J | T | | | | | |
| 65. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 66. --Procter & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 67. --SBC Communications Inc. Common | A | Dividend | J | T | | | | | |
| 68. --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 69. --Smith Barney Aggressive Growth Fund Cl B | | None | J | T | | | | | |
| 70. --Smith Barney Appreciation Fund Cl B | A | Dividend | J | T | | | | | |
| 71. --Smith Barney Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 72. --Smith Barney Managed Gov't Fund Cl B | A | Dividend | | | Sell | 03/23 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $60,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --Smith Barney Fundamental Value Fund Cl A | | None | K | T | | | | | |
| 74. --Smith Barney Dividend & Income Fund Class B | | None | K | T | Buy | 03/23 | K | | |
| 75. --Van Kampen Equity and Income Fund Class B | A | Dividend | K | T | | | | | |
| 76. --Washington Mutual Investors Fund Class A | B | Dividend | L | T | | | | | |
| 77. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 78. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 79. --Nasdaq 100 Trust Ser 1 | A | Dividend | J | T | | | | | |
| 80. --Microsoft Corp | A | Dividend | J | T | | | | | |
| 81. --Hospira Inc. | | None | | | Sell | 11/02 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$600,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII – Line 55 – This line is marked through because it was simply a repeat of Line 54.

Section VII – Line 23 – The word""Subdivision" has been blacked out.  This 170.00 acres is just land.

Section VII – Line 27 – The word "Subdivision" is added, as this is the subdivision land.  Also, Column B(2) has the word "rent" blacked out and the word "sales" inserted.  The income from this subdivision is from the sale of lots, not any type of rental income.

Section VII – Line 35 – This line is marked through because it, too, is a repeat of Line 54.

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Lawson, Jr., Roger H | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544